Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Middle__ District of __Florida__

__Ft Myers__ Division

| | |
|---|---|
| __Remoi Campbell__ <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> __State of Florida__ <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. __16CF019024__ <br> *(to be filled in by the Clerk's Office)* <br><br> 2:23cv 1084-JLB-KCD |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Remoi Campbell
- All other names by which you have been known: Remoi Campbell
- ID Number: Y62445
- Current Institution: Florida State Prison
- Address: P.O Box 800, Raiford, FL 32083

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: Linda Doggett
- Job or Title: Clerk of Court
- Shield Number: Criminal Division
- Employer: P.O Box 2507
- Address: Twentieth Judicial Circuit, Ft Myers, FL 33902
- ☒ Individual capacity  ☒ Official capacity

Defendant No. 2
- Name: Brenda D. Forman
- Job or Title: Clerk of Court
- Shield Number: Civil Division
- Employer: Room – 4th floor
- Address: Seventeenth Judicial Circuit, Ft. Lauderdale, FL 33301
- ☒ Individual capacity  ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Amira D. Fox
Job or Title (if known): State Attorney
Shield Number: Lee County
Employer: Twentieth Judicial Circuit
Address: P.O Box 399
City: Ft Myers  State: FL  Zip Code: 33902
☒ Individual capacity  ☒ Official capacity

Defendant No. 4
Name: Carmine Marceno
Job or Title (if known): Sheriff
Shield Number: Lee County Sheriff's office
Employer: City of Ft Myers
Address: 14750 Six mile Cypress Parkway
City: Ft Myers  State: FL  Zip Code: 33912
☒ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I am currently incarcerated at FSP by the Government against my free will and my rights to be free from cruel and usual punishment. That's what Prison is!

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

My bank account dont got no money in it, yet they expect me to stay in Prison and they think that that is fine. That's not fine with me. I want money to spend so

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

> I need a job that will Pay me the U.S currency. They want me to stay in here for 15 years and get out with no money. I beg your Pardon!

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> Now this is a trick question but I can attempt a respectable answer. Where is my Attorney? Notice I didn't say lawyer. Lawyers are for rich People.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee
- [X] Civilly committed detainee
- [X] Immigration detainee
- [X] Convicted and sentenced state prisoner
- [X] Convicted and sentenced federal prisoner
- [X] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

> Everybody knows I was arrested by the FMPD on November 25, 2016. I don't even need to explain what FMPD stands for. Anyway, it's for Fort Myers Police Department.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

> This is an important question because I am filing a complaint from an institution. Hence, it's plausible to I am acting on my thoughts right now!

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

Currently my dominant thought is "how can I get out of Prison." I dont file complaints just to express my emotions but I must admit it is very therapuetic.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Fort Myers Police came to the scene and then arrested me and I dont why and since they were Police officers I couldn't take the cuffs off and arrest them instead. And then more officers came so I was really outnumbered so my options were limited as to whether or not I wanted to go to Jail.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Well as far as injuries go. Can I have the meaning please. Who seen Akiela and the B? I dont want to answer yes to if there were any because I am not sure. What can you do to a lost soul? That's why my real friends are the benjamins, Franklins, Hamilton. I mean the $100 Bills. $50 Bills, $20, $5, $1. They call them dead Presidents. That's where my soul resides

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I was all the cash in the world. I want money to buy a car and a house and to take care of my living expenses. The U.S dollar is the universal currency so if I get enough I can afford a trip to Scandanavia and see Sweden, Finland and estonia. Maybe Iceland too. I want to travel, I dont want to be in Prison.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Well the case number stems back to 2016 and I haven't found myself on the better side of the law yet. It's been too long. I am exhausted.

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)? If I am exhausted, then my remedies must did not work. They did not. It's one man against the world. One man against all nations. If only I can learn how to conduct myself. I got a fan base though.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance? This is my second 1983 to the said defendants. I am not going to let them of the hook like that because when you go fishing and the fish bites the bait then gets hooked and pulled in it must be fried as well.

2. What did you claim in your grievance? The defendants has the ability to help me but relinquishes to do so because they deem it as cost deficient. It'll take money out of their pockets. Well, in that case I cant blame them but this 1983 raises some good questions for them.

3. What was the result, if any? This case is still pending in court and their claim is that I dont know my rights and they are using it to my disadvantage. They are suppose to get away. How am I still persuing my claims....

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* Well I've earned the respect of some prominent personel that avails me the comfort I need to align my thought process correctly in the attempt to declare a manifest injustice.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I've been practice law since my 2015 car accident in Broward county. And I still haven't gotten over the part that says Florida is a safe haven. The rich are so fortunate here. It's a policy I can understand.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: All the defendants have a very good understanding about my situation. They just don't care because their system protects them and works for them. It's their money, they are good at mathematics. Truth or dare...

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. This 1983 is now being filed to adress questions of law because it is a ground for relief where deliberate indifference may have occured because I am a crime victim and this is an investigation.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. I want to learn more about the law. I want to help myself so this is me practicing law.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  Remoi Campbell
   Defendant(s) State of Florida

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Too many to county just not the supreme court yet.

3. Docket or index number
   This question relates to the one above? to.

4. Name of Judge assigned to your case
   Sheri Polster Chappell comes to mind.

5. Approximate date of filing lawsuit
   This is page 9 and the questions are harder

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition.  Remoi Campbell's complaint

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* I don't know what's going on with my case. I probably should attach the writs to this because the state court already got their copies. I'll think about it and decide what to do.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? I am trying to file a lawsuit like from 7 years ago so I can't really say yes because the results aren't to my benefit so ain't nothing to boast about.

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Remoi Campbell
   Defendant(s) State of Florida

2. Court *(if federal court, name the district; if state court, name the county and State)*
   The district has me in a data base as my Government is keen on finding out what had ever happened to me but it doesn't seem like law and order SVU.

3. Docket or index number
   Your honor I move to strike the witness....

4. Name of Judge assigned to your case
   The TV series is law school with doritos and milk.

5. Approximate date of filing lawsuit
   Those lawyers intelligence intrigues me alot

6. Is the case still pending?
   
   ☒ Yes
   
   ☐ No
   
   If no, give the approximate date of disposition  What did I learn...

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   I represented myself and was using words like objection, hearsay. But the judge just said overruled. But law and order taught me to say those words.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 16, 2023

Signature of Plaintiff: Kampbell
Printed Name of Plaintiff: Remoi Campbell
Prison Identification #: Y62445
Prison Address: Florida State Prison, P.O Box 800
Raiford   FL   32083
City   State   Zip Code

### B. For Attorneys

Date of signing: November 16, 2023

Signature of Attorney: Kampbell
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City   State   Zip Code
Telephone Number:
E-mail Address: